JEMMA E. DUNN
Nevada State Bar No. 16229
MATTHEW T. HALE
Nevada State Bar No. 16880
JOHN M. ORR
Nevada State Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff Ana Portillo*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANA PORTILLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD HOMES, INC., a Nevada corporation; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01078-NJK<br><br>**STIPULATION AND ORDER TO REMAND**<br><br>**(ECF NO. 6)** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on March 3, 2026, On March 3, 2026, Plaintiff filed her Complaint against Defendant Edward Homes, Inc. ("Defendant") in the Eighth Judicial District Court of Clark County, Nevada; and

WHEREAS, on April 7, 2026, Defendant filed a Notice of Removal of Action Pursuant to 28 U.S.C. § 1331; and

WHEREAS, counsel for both parties met and conferred on April 8, 2026, to discuss the merits of the Notice and the parties' respective positions concerning this Court's jurisdiction over Plaintiff's claims. Following this discussion, both counsel agreed to remand this matter to preserve the parties' and the Court's time and resources and to expedite the resolution of this action.

THEREFORE, the parties hereby stipulate and agree that this action should be remanded to the Eighth Judicial District Court of Clark County, Nevada and request all other pending deadlines be vacated.

The parties further stipulate and agree that Defendant will have up to and until April 17, 2026, to file its responsive pleading.

DATED this 13th day of April, 2026.

**GREENBERG GROSS LLP**                          **FOX ROTHSCHILD LLP**

 */s/ John M. Orr*                                          */s/ Kelsey G. Henderson*
JEMMA E. DUNN                                    DEANNA FORBUSH
Nevada Bar No. 16229                             Nevada Bar No. 6646
MATTHEW T. HALE                                  REX D. GARDNER
Nevada Bar No. 16880                             Nevada Bar No. 9401
JOHN M. ORR                                      KELSEY G. HENDERSON
Nevada Bar No. 14251                             Nevada Bar No. 17212

*Attorneys for Plaintiff*                        *Attorneys for Defendant Edward Homes, Inc.*

This stipulation to remand is GRANTED.  The Clerk's Office is instructed to remand this matter to the Eighth Judicial District Court, Case Number A-26-940700-C, Department 12, and to close this case.
IT IS SO ORDERED.
Dated:  April 14, 2026
.
.

_____
Nancy J. Koppe
United States Magistrate Judge

-2-
STIPULATION AND ORDER TO REMAND